# United States District Court
CENTRAL DISTRICT OF ILLINOIS

**ALBERT WINFREY,**
**Plaintiff-Appellant**

vs.                                                                   Case Number:   **02-2105**

**FRANCIS KAYIRA, ET AL.,**
**Defendants-Appellees.**

### ORDER

     Pursuant to the mandate, in appellate case number **03-2729**, from the United States Court of Appeals, Seventh Circuit , the agency having custody of the plaintiff, **ALBERT WINFREY, A01261,** is directed to remit the appellate docketing fee of $105 from his prison trust fund account if such funds are available. If he does not have $105 in his account, the agency must send 20 percent of the current balance, or the average balance during the past six months, whichever amount is higher; thereafter, the agency shall begin forwarding monthly payments from the plaintiff's trust fund account to the Clerk of Court each time the plaintiff's account exceeds $10 until the statutory appeal fee of $105 is paid in its entirety. The United States Court of Appeals is notified, via a copy of this order.

ENTERED this 1st day of September, 2004.

                                            s/Harold A. Baker
                                    _____
                                           HAROLD A. BAKER
                                           U.S. District Judge

p:\Users\Clerk\forms\prisoner\Mandate$105.wpd