```
            RECEIPT FOR PAYMENT
            U.S. DISTRICT COURT
               PEORIA DIVISION

                                        P012288
        ----------------------------------------
        RECEIVED FROM:
        STATEVILLE CC TRUST FUND
        OFFICE
        P O BOX 112
        JOLIET, IL 60434
        ----------------------------------------

         Case Number: 02-2105


         F/U/B/O:
         Party ID:

         Tender Type:         CHECK
         05-0869PL            $105.00
         Prisoner Filing-0869PL

         Remarks: Appeal Fee
        ----------------------------------------
            Subtotal:         $105.00



        ----------------------------------------
         Receipt Total:       $105.00
        ========================================
        * Checks and drafts are accepted
        subject to collections and full
        credit will only be given when
        the check or draft has been
        accepted by the financial
        institution on which it was drawn.

            Date:    3/21/05
            Clerk:
                     NLP
```